| | |
|---|---|
| 1 | UNITED STATES DISTRICT |
| 2 | COURT |
| 3 | SOUTHERN DISTRICT of NEW YORK |
| 4 | |
| | WHITE PLAINS DISTRICT COURT |
| 5 | |
| 6 | <u>300 Quarropas St.</u> |
| 7 | <u>White Plains, NY 10601</u> |

2018 JUL 13 AM 11: 5   **COMPLAINT**

**18 CV 6369**

John Joseph Cullen,
Plaintiff  &

Jury Trial:  YES

Leader of SUSPENDED CLASS ACTION DOL 2012-SOX-00023

-against-

CITIBANK, N.A.  (JAMES C. HUGHES, IV, Esq. & MICHAEL J. CAROLAN)

&

U.S. Department of Labor - OSHA  ( JONATHAN KAY & TERI WIGGEN )

&

U.S. Department of Justice (PREET BHARARA & MARK MISOREK, Assistant U.S. Attorney)

PLEADING TITLE - 1

Parties in this complaint:

1. A Plaintiff:

John Joseph Cullen

Bronxville Manor

208 Beech Street

Eastchester, NY 10709

Cell Tel # 914-715-0282.

B. Defendants:

1. CITIBANK, N.A.

 (JAMES C. HUGHES, IV, Esq. & MICAHEL J. CAROLAN)

C/O Carlos Lopez, Branch Manager

725 White Plains Road

Scarsdale, NY 10583

Tel. 914 472-1243

2. U.S. Department of Labor - OSHA

(JONATHAN KAY & TERI WIGGEN)

C/O Regional Administrator Robert D. Kulick

201 Varick Street , Room 670

New York, NY 10014

Tel. 212 337-2371

PLEADING TITLE - 2

3. U.S. Department of Justice

(PREET BHARARA & MARK MISOREK Assistant U.S. Attorney)

610 Federal Plaza

Central Islip, NY 11722-4454

Tel. 631 715-7922

II. Basis for Jurisdiction:

A. The basis for this Federal Court Jurisdiction is both a Federal Question and Diversity of Citizenship.

B. It is a FEDERAL QUESTION because as a "Dec 1999 GRANDFATHERED & PROTECTED" CITIBANK VP & TRUST OFFICER I was WRONGFULLY TERMINATED by "AFFILIATED" SMITH BARNEY. In that capacity, I have been asked to testify in WHITE PLAINS, NY FEDERAL DISTRICT COURT, BROOKLYN, NY FEDERAL COURT, HOUSTON TEXAS FEDERAL COURT, PITTSBURGH, PA FEDERAL COURT, SAN DIEGO, CA PROBATE COURT, MANHATTAN, NY SURROGATE'S COURT and I expect to testify to CONGRESS about the 8/2/12 SUSPENSION of CLASS ACTION DOL-2012-SOX-00023 and its impact on HILLARY R. CLINTON and the 2016 Presidential Election.

C. DIVERSITY OF CITISENSHIP is an issue because I am also the Federal Court appointed leader of Suspended CLASS ACTION DOL-2012-SOX-00023, representing:

1. the 4,600 CITI TRUST victim Client families who live throughout the world and had the digital image of their photographs and their confidential Trust Files stolen by SMITH BARNEY and sent by Internet, outside U.S. Jurisdiction, to first stop, INDIA.

One of those CITI TRUST client victims is 2016 Presidential Candidate HILLARY R. CLINTON.

PLEADING TITLE - 3

I BELIEVE that on 8/2/12 DOJ's PREET BHARARA, DOL'S JONATHAN KAY, and OSHA's TERI WIGGEN effectively "COLLUDED" with Donald Trump's Morgan Lewis & Bockius lawyers: DOJ'S LESLIE R. CALDWELL & JEREMY PAUL BLUMENFELD, to WITHHOLD EVIDENCE from Washington, DC, FEDERAL JUDGE Col. Stephen Henley, who was Hearing CLASS ACTION DOL-2012-SOX-00023. It is the 24 pounds of White Plains Federal transcripts ( 7:08 CV 10317 ( KMK )( GAY ) & 7:08 CV 10318 (KMK)(GAY) and BROOKLYN Federal transcripts 09:CV 1692 ( RRM ) ( LB ) my CITIBANK lawyer & boss since 9/16/98 to date, JAMES C. HUGHES, IV had me generate for CITIBANK, starting after 11/28/07 to get SMITH BARNEY & TRAVELRS kicked out of (To BIG to FAIL ) CITIBANK.

I BELIEVE "if "Washington, DC FEDERAL JUDGE Col. STEPHEN HENLEY, was allowed to know on 8/2/12 that SMITH BARNEY'S CITIGROUP got an extra $20 BILLION in TAXPAYER TARP FUNDS, in Nov. 2008, from 'LAME DUCK' President GEORGE "W" BUSH to hire his WHITE HOUSE Counsel FRED FISCHER FIELDING'S Morgan Lewis & Bockius partners DOJ'S LESLIE R. CALDWELL and JEREMY "EARS" BLUMENFELD, to get BUSH appointed WHITE PLAINS Federal District Judge KENNETH M. KARAS to put illegal FEDERAL GAGS, on DOL-OSHA Whistleblowers, Veronica & me, for years, **HILLARY CLINTON would have been elected POTUS in 2016 !!!!**

2. Under her Limited Durable Power of Attorney, dated 3/8/10, I am the U.S. Department of Labor recognized advocate for my Co-Whistleblower, BOOM BOOM ROOM DISABLED VICTIM Veronica Juliano.

By extension, I advocate for 15 of our CITI TRUST women co-workers. I witnessed and reported the abuse of these 16 CITI TRUST women workers by CITI TRUST WHITE MEN MANAGERS to HR and JAMES C. HUGHES, IV. These 16 women CITI TRUST workers were intimidated, misadvised, yelled & screamed at to make them sign FALSE FEDERAL FIDUCIARY documents to fool internal auditors and FEDERAL REGULATORS to cover-up SANDY WEILL'S Criminal Enterprises in my CITIBANK TRUST DEPT.

PLEADING TITLE - 4

3. Since my Citibank ERISA pension is miscalculated, 'the World Wonders' about the other 100,000 Citigroup employees forced into early retirement by SANDY WEILL'S & JAMIE DIMON'S illegal takeover of my CITIBANK, N.A. ?

Fortuitously, CITI TRUST Client Victim HILLARY R. CLINTON lives in Chappaqua, another CITI TRUST VICTIM the POPE FOUNDATION is in Tuckahoe, I live in Eastchester, etc., therefore, the WHITE PLAINS FEDERAL DISTRICT COURT is mutually convenient for us to testify before a Federal Judge & Jury.

## III. Statement of Claim:

The U.S. Department of Justice's MARK MISOREK, Tel. # 631 715-7874, on 4/17/18,

in front of his intimidating 4 man HOMELAND SECURITY armed S.W.A.T. Unit,

in front of my U.S. NAVY / MARINE CORPS Representative "Frankie D.", who said he flew Vigilantes off the USS Ranger during Vietnam.

in front of TOURO LAW SCHOOL'S Director of Veteran's Rights, Craig J. Bruno, Esq., Tel.# 631-761-7476, and

in front of my daughter, who had her son's picture taken with my wife pushing his baby carriage around Eastchester, on six different days, by SMITH BARNEY'S CITIGROUP'S Private Investigator CLAUDETTE MAIR, to intimidate me into not testifying for "CIA AGENT" ROY ALAN DURHAM before the COMPTROLLER of the CURRENCY.

DOJ'S MISOREK "falsely" accused me of committing a Federal Crime on 1/31/18.

DOJ'S MISOREK on 4/17/18 claimed he has:

1. A telephone recording of me threatening OSHA Executive TERI WIGGEN
2. Statements from SPECIAL AGENTS JAMES WOODS & MAUREEN E. BUONETO Tel. # 646 264-3551 confirming they came into my home, uninvited, on 1/19/18, and 'warned me' there was "CONCERN" if I went to the 1400 building on 1/30/18 and ordered the F.O.I.L. FILE for SUSPENDED CLASS ACTION DOL-2012-SOX-00023 / Cullen et al v. CITIBANK et al" to use as support for my REPORT to CONGRESS: *Hillary's CITI GROUP, Donald's "EARS" BLUMENFELD, Whistleblowers Veronica & me"*

PLEADING TITLE - 5

3. U.S Govt Surveillance (Facial recognition? ) Video of me committing a Federal Crime on 1/31/18 , ( See Attached summons # 618551 ) when I went to <u>1400 Old Country Road, Westbury, Long Island</u> to the Regional Headquarters of BARNES & NOBLE.
4. The U.S. CONSTITUTION permits me, as the accused in a $multi-million matter involving AMERICA'S HOMELAND SECURITY, and DEEP STATE tampering with the 2016 Presidential Election, a PUBLIC FEDERAL TRIAL BY JURY.

My CITIBANK boss & lawyer ( since 9/16/98 to date ) JAMES C. HUGHES, IV, missed the 2/22/18 & 2/23/18 scheduled meeting with OSHA'S TERI WIGGEN and me to turn over my EVIDENCE in exchange for REINSTATEMENT. HUGHES may have been compromised, so I may have to testify, alone, before
Congress about our Whistleblower experiences against SMITH BARNEY & TRAVELER'S and our disappointing dealings with the Manhattan DA, DOL, OSHA, DOJ, NYAG, PAAG, etc.,

I have the right to defend myself from False Federal DOJ accusations made on 4/17/18 and get my 134 pages of INTELLECTUAL PROPERTY returned so I can finish it, and submit my REPORT to CONGRESS, without the stigma of being an accused Federal Criminal.

NOTE: On 1/31/18 I also dropped off in the OSHA office on the same day, on the same 8th Floor, in the same 1400 building, my one page F.O.I.L. request for Suspended CLASS ACTION DOL-2012-SOX-00023 / JJ CULLEN et al v. CITIBANK et al. I needed the F.O.I.L. FILE to present to my CITIBANK lawyer & boss since 9/16/98 to date, JAMES C. HUGHES, IV on 2/23/18 so I could be reinstated in CITIBANK then retire on 3/17/18, as scheduled since 2005.

PLEADING TITLE - 6

MISOREK, on 4/17/18

1. *after falsely accusing me of committing a Federal Crime on 1/31/18,*
2. *after denying me access to the Magistrate Judge who sent me the summons to APPEAR on 4/17/18, and*
3. *MISORECK DID NOT read me my MIRANDA RIGHTS!!!*
4. *took, WITHOUT A WARRANT, 134 pages of my INTELLECTUAL PROPERTY, which I was to show to the Magistrate Judge. I wanted to show that copy of my REPORT to CONGRESS to former President William Clinton for his REVIEW during his BARNES & NOBLE book tour, ( President Clinton came to Eastchester's BARNES & NOBLE on 6/19/18, as scheduled!*

Each page MISOREK illegally took of my INTELLECTUAL PROPERTY has Watermark "DOL-2012-SOX-00023 Cullen et al v. Citibank"

Each page MISOREK illegally took of my INTELLECTUAL PROPERTY has (To be assigned ISBN # 978-0-578-19329-8) and

Each page MISOREK illegally took of my INTELLECTUAL PROPERTY has DRAFT date "4/16/18", and

Each page MISOREK illegally took of my INTELLECTUAL PROPERTY has the title:

REPORT to CONGRESS:

Hillary's CITIGROUP, Donald's "EARS" BLUMENFELD, Whistleblowers Veronica & me

The U.S. CONSTITUTION permits me, as the accused in a $multi-million matter involving AMERICA'S HOMELAND SECURITY, and DEEP STATE meddling in the 2016 election by MORGAN LEWIS & BOCKIUS with the DOJ, DOL & OSHA the RIGHT to a
PUBLIC FEDERAL TRIAL BY JURY.

PLEADING TITLE - 7

I have the right to defend myself from False Federal DOJ accusations and get my 134 pages of INTELLECTUAL PROPERTY returned so I can finish it, and submit my REPORT to CONGRESS, without the stigma of being an accused Federal Criminal.

In Feb. 2007, CITIBANK'S HUGHES told me to contact the U.S. DEPT. of LABOR, since SMITH BARNEY Executives refused to return an ORTHOPEDIC CHAIR, which we had gotten for CITIBANK employee VALERIE CUSION-BROWNLEE in 2004 under the AMERICANS WITH DISABILITIES ACT. I contacted DOL NY Regional Director JONATHAN KAY who assigned Investigators MARIA ABUAN and her supervisor VALERI TOURSO.

In the Summer of 2007, SMITH BARNEY Executives ordered me to put a $1,000,000 painting STOLEN from the WHITE HOUSE into a CITIBANK TRUST for me to sell at SOTHEBY'S. I REFUSED, TO LAUNDER STOLEN PROPERTY!!!

A SMITH BARNEY Executive said I was INSUBORDINATE. HUGHES told me to send him a "Justification Memo" detailing the stolen WHITE HOUSE panting's provenance.

On 11/28/07, "AFFILIATED" SMITH BARNEY Executives told me I was TERMINATED as of 1/29/08 and I could NOT take "my" SALES TRACKING SOFTWARE (with its 1996 evidence of the "MURDER" of the CITIBANK TRUST OFFICER.)

Before my 1/29/08 Wrongful Termination by "AFFILIATE SMITH BARNEY", CITIBANK'S HUGHES made me an offer I did not refuse.

1. CITIBANK and President GEORGE 'W.' BUSH were working on funding a Federal Gov't plan (TAXPAYER FUNDED - TROUBLED ASSET RELIEF PROGRAM (TARP ) to kick SMITH BARNEY & TRAVELERS out of President Clinton's 1998 CITIGROUP.
2. It was illegal for "AFFILIATED" SMITH BARNEY Executives to Terminate CITIBANK'S GRANDFATHERED & PROTECTED EMPLOYEES like Richard F. Monaghan and me. SMITH BARNEY illegally crossed a corporate CHINESE WALL.
3. SMITH BARNEY violated every AGE DISCRIMINATION LAW on the books, since my Personnel File from 2005 shows I planned to work until 3/17/18, and, I was a top rated CITIBANK Trust Administration Officer (2006 "360" REVIEW & CLIENT LETTERS ).

PLEADING TITLE - 8

4. SMITH BARNEY has no legal right to keep my SALES TRACKING SOFTWARE, which I created as an Iona College / Mercy College when an Adjunct Professor (1974-1982) and used at JPMORGAN, IRIVNG TRUST COMPANY / BANK of NEW YORK and I brought into CITIBANK in 1994 for my exclusive use on the PC CITIBANK provided.

5. SMITH BARNEY should not have allowed the abuse of the 16 CITI TRUST women employees by WHITE MEN MANAGERS, which I had reported to HR & HUGHES ( & later DOL & OSHA ) -------------------------------------------------------------

6. HUGHES offered to employee me as a secret <u>CITIBANK'S "PLAINTIFF STRAWMAN".</u> I NEVER FILED FEDERAL PLAINTIFF CLAIMS suing my employer, CITIBANK, for whistleblowers Veronica & me. HUGHES arranged ALL the FEDERAL LITIGATION, I was just CITIBANK'S secret weapon, its "PLAINTIFF STRAWMAN" following CITIBANK'S HUGHES orders.

7. HUGHES promised in exchange for any documents I could get through all the FEDERAL Court Actions, HUGHES started, (11 boxes) documents, CITIBANK would reinstate whistleblowers BOOM BOOM ROOM DISABLED VICTIM Veronica & me, with back pay, reimbursed expenses, interest, bonuses, promotions, etc. I would work alone like a "RECON MARINE in the DMZ".

8. I am owed over $3,000,000 in back pay and expenses and return of my SALES TRACKING SOFTWARE.

9. I think BOOM BOOM ROOM VICTIM Veronica and the 15 abused women are owed much more, especially for taking away Valerie's orthopedic chair in violation of the <u>*Americans with Disabilities Act*</u>.

Also, I want an apology from WHITE PLAINS FEDERAL DISTRICT JUDGE KENNETH M. KARAS for his ex-party meetings with DONALD TRUMP'S Morgan Lewis & Bockius lawyers, without PRO SE ME, and putting illegal Federal GAGS on Whistleblowers Veronica & me, for years, so we would stop asking:

PLEADING TITLE - 9

a. Why was SANDY WEILL using the CITIBANK JET to have secret meetings in SAUDI ARABIA prior to 9/11/01?

b. Why just a few days before the SAUDI 9/11/01 attacks on America, did SANDY WEILL order that HILLARY CLINTON'S BLIND TRUST FILE be barcoded and its digital image be sent by Internet, outside U.S. Jurisdiction, to first stop. INDIA, to join the other 4,600 *stolen* Digital Trust files in INDIA?

c. Is SANDY WEILL'S & JAMIE DIMON'S "CITIGROUP" ever going to admit its guilt and compensate the 4,600 CITI TRUST client families for selling the digital file copy of their photographs and clients TRUST FILES to INDIA?

10. The 16 abused CITI TRUST women employees I reported to CITIGROUP HR & JAMES C. HUGHES, IV, Esq., DOL-OSHA,

I think are owed $1MM each.

11. The 4,600 CITI TRUST client families who had the DIGITAL COPY of their photos and TRUST FILES sent to INDIA I think are owed $1MM each.

12. I also think all the politicians and federal employees I contacted about the 9/11/01 abuse of HILLARY CLINTON'S BLIND TRUST being sent to INDIA etc., like DOJ'S PREET BHARARA, should rot in prison for life.

III STATEMENT OF CLAIM

    A. Where did the events giving rise to your claims occur?

White Plains Federal District Court, 7:08 CV 10317 (KMK) (GAY) and 7:08 CV 10318 (KMK) (GAY)

PLEADING TITLE - 10

B. What date and approximate time did the events giving rise to your claim occur?

April 17, 2018, at 10:45 AM when the DOJ illegally took 134 pages of my INTELLECTUAL PROPERTY, the 4/16/18 draft of my:

REPORT to CONGRESS: *Hillary's CITI GROUP, Donald's "EARS" BLUMENFELD, Whistleblowers Veronica & me*

C. FACTS:

1. As stated above and in the 4/16/18 draft of my REPORT to CONGRESS illegally taken by the DOJ.
2. The F.O.I.L. FILE of CLASS ACTION DOL-2012-SOX-00023, which is 31% REDACTED.
3. HUGHES arranged for CLIENTS to SUBPOENA Whistleblowers Veronica & me so we could testify under oath,
4. HUGHES arranged for Newspaper articles about Whistleblowers Veronica & me,
5. HUGHES arranged for me to develop 24 POUNDS of FEDERAL COURT transcripts for CITIBANK.
6. MARIANNA LOMBARDO, Veronica's Administrative Assistant, God Bless her, gave me 40 pages HERZOG documents
7. LAWYERS working for the Estate HUGUETTE CLARK and other CITII TRUST clients gave me documents
8. Federal Summons # 6185551 ordering me to appear before a FEDERAL MAGISTRATE JUDGE on 4/17/18 etc., etc.

IV. INJURIES

1. According to Social Security Administration, Whistleblower Veronica Juliano became "Permanently Mentally Disabled" after being put into the 3/9/07 BOOM BOOM ROOM.

2. I suffered congestive Heart Failure just days prior to the 2016 CLINTON V. TRUMP election, was put into 3 hospitals, and I have been seeing a therapist for stress reduction through BURKE HOSPITAL REHABILITATION ever since.

PLEADING TITLE - 11

**V. RELIEF:**

1. A FEDERAL TRIAL BY JURY to address the above issues.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT and I am an non-lawyer ADVOCATE for my co-whistleblower, VERONICA JULIANO, under her Limited Durable Power of Attorney executed 3/8/10.

JOHN JOSEPH CULLEN  *[signature: John Cullen]*

DATE 7/12/18

Bronxville Manor

208 Beech Street

Eastchester, New York 10709

Cell Tel # 914 715-0282

PLEADING TITLE - 12

**U.S. Department of Labor**

Occupational Safety and Health Administration
201 Varick Street, Room 670
New York, New York 10014
Tel: (212) 337-2378
Fax: (212) 337-2371



January 29, 2018

Mr. John Cullen
208 Beech Street
Eastchester, NY 10709

Dear Mr. Cullen:

Please be aware, as you have been previously informed by OSHA, that your March 22, 2012 complaint filed under Section 806 of the Corporate and Criminal Fraud Accountability Act of 2002, Title XIII of the Sarbanes Oxley Act, Citigroup / Cullen; docket number 2-4173-12-080 is closed. Regarding your reference to case number 2012-SOX-00023; that case was docketed with the Office of Administrative Law Judges and falls exclusively within that offices' authority. OSHA will take no further action or communicate with you regarding either of those matters.

Should you have any future matters unrelated to docket number 2-4173-12-080 please raise them at the OSHA's New York Regional Office located at 201 Varick Street, NY, NY 10014.

Sincerely,

*[signature]*
Robert D. Kulick
Regional Administrator

cc: US Department of Labor Office of Inspector General    1/31/18

MR. KULICK & RUBIN LOPEZ:
ON BEHALF OF THE WOMEN & CHILDREN VICTIMS OF CITI TRUST AND
WHISTLEBLOWER ME, AS PER F.O.I.L., PLEASE SEND TO MY HOME "ALL"
DOL & OSHA FILES RELATED TO THE ABOVE. MY CELL PH# 914 715 0282.

SINCERELY
*[signature]* John Cullen

WITNESS:
CAROL A. CULLEN
*[signature]* Carol A. Cullen

**OSHA** Occupational Safety and Health Administration
www.osha.gov

# UNITED STATES DISTRICT COURT - NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE VIOLATION NOTICE ISSUED | AMOUNT DUE |
|---|---|---|---|
| 6185551 | EY39 | 01/31/2018 | APPEARANCE REQUIRED |

| OFFENSE | LICENSE PLATE NUMBER |
|---|---|
| DISRUPT PERFORMANCE OF DUTIES OF GOVERNMENT EMPLOYEES | |

| UNITED STATES OF AMERICA v. JOHN J CULLEN 208 BEECH ST EASTCHESTER, NY 10709 | DATE/TIME OF COURT APPEARANCE | COURT LOCATION |
|---|---|---|
| | 04/17/2018 10:00 AM | US MAGISTRATE JUDGE LONG ISLAND FEDERAL COURTHOUSE 100 FEDERAL PLAZA CENTRAL ISLIP, NY 11722-4438 |

A violation notice issued to you personally, or placed on your vehicle, remains unanswered. Therefore, a date for you to appear in court has been scheduled.

If an amount due is shown above, you may pay this amount and avoid appearing in court. You may pay on-line at www.cvb.uscourts.gov or return the bottom portion of this form in the enclosed envelope with your check or money order. Make it payable to the **Central Violations Bureau**. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If the "Amount Due" block above is marked "MANDATORY" or "APPEARANCE REQUIRED," do not make any payment. You must appear in court on the date, time, and place shown above.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state.

To avoid a court appearance, you must mail your payment at least 10 days before the date set for your court appearance. If you fail to pay or appear in court on the scheduled date, you will be subject to arrest. If you appear in court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25. A check is accepted subject to collection from the financial institution on which it is drawn. For further information, call CVB at 800-827-2982 or visit the website www.cvb.uscourts.gov.

## SPECIAL INSTRUCTIONS

---

**If payment has been sent, disregard this notice.**
*Detach this portion and return it with your payment*

| U. S. Courts - CVB P.O. Box 71363 Philadelphia, PA 19176-1363 (800) 827-2982 | LOCATION CODE | VIOLATION NUMBER | AMOUNT DUE |
|---|---|---|---|
| | EY39 | 6185551 | APPEARANCE REQUIRED |

| DEFENDANT'S NAME AND ADDRESS | TO PAY BY CREDIT CARD, PLEASE COMPLETE THE FOLLOWING: |
|---|---|
| JOHN J CULLEN 208 BEECH ST EASTCHESTER, NY 10709 | Credit card type: ☐ VISA  ☐ MC  ☐ AMEX  ☐ DISCOVER Card holder name: Credit card number: Telephone number: Expiration date: Signature: |

You may pay on-line at www.cvb.uscourts.gov or you may pay by check or money order made payable to: Central Violations Bureau. Write the violation number and location code on your check or money order.