RECEIVED AUG 09 2018 U.S.D.C. W.P.

M Gmail     Charon Lucas <cltrebor386@gmail.com>

## REPORT to CONGRESS: 8/8/18 Motion NOT to DISMISS 18-CV-6369-VB
1 message

**John Joseph Cullen** <cullenusmc@msn.com>     Thu, Aug 9, 2018 at 9:13 AM
To: C-Esq-Mor/Lew/Phil- Ears Blumenfeld 10/08 <jblumenfeld@morganlewis.com>, "CI-U.S. Senator Charles Schumer-NY" <senator@schumer.senate.gov>, "CI-CongressNY King,Pete-Homeland Security" <pete.king@mail.house.gov>, Representative Kathleen Rice <NY04KRIMA@mail.house.gov>, "CI-SIGTARP Christy G. Romero" <sigtarp@service.govdelivery.com>, DOJ-Mark Misorek 4/17/18 <mark.misorek@usdoj.gov>, joonkim <joon.kim@usdoj.gov>, LesieRCaldwell <leslie.r.caldwell@usdoj.gov>, Joseph_Bosakowski <Wendy.Olsen@usdoj.gov>, CITILEE <john.hernandez@usdoj.gov>, C1-KAREN_OSBORNE <preet.bharara@usdoj.gov>, __CI-DOJ-DC_Brown_Angela <angela.brown@usdoj.gov>, CI-DOJ-DC_Bitkower_David <david.bitkower@usdoj.gov>, CI-JUDICIAL_WATCH <info@judicialwatch.org>, LORETTA_LYNCH__AG <loretta.lynch@usdoj.gov>, CI-DOJ-Loretta_Lynch__AG <loretta.lynch@lorettalynch.com>, LicettiThomas <Licetti.Thomas@dol.gov>, CI-DOL20_Thomas_E_Perez <TALKtoDOL@dol.gov>, JacobelloPeter <Jacobello.Peter@dol.gov>, Dunlap <ARB-Correspondence@dol.gov>, DOL_Judge__William_S_Colwell <colwell.william@dol.gov>, ARB <ARB@dolncc.dol.gov>, Smith_Brenda <Smith.Brenda@dol.gov>, DOL-Fontaine__Ed_NYC_Dist_Director <fontaine.eduardo@dol.gov>, DOL_Burros <burros.michael@dol.gov>, subscriptions <subscriptions@subscriptions.dol.gov>, DOL_perez <perez.thomas@dol.gov>, CarlDistefano <wigger.teri@dol.gov>, DOLNCC <DOLNCC@dolncc.dol.gov>, DOL_Barron <barron.william@dol.gov>, kay <kay.jonathan@dol.gov>, BergerRobin <Berger.Robin@dol.gov>, DOL_Valerie_Tourso <tourso.valerie@dol.gov>, CI-DOL-EBSA_Mendelson_R <mendelson.richard@dol.gov>, B-MARIE_ABUAN_D_O_L__ <abuan.maria@dol.gov>, CI-DOL-ESBA-Pennes_Emilio <pennes.emilio@dol.gov>, Schreck <schreck.john@dol.gov>, DOL <goldberg.robert@dol.gov>, KulickRobert <Kulick.Robert@dol.gov>, CI-DOL-OSHA-DeanMcKenzie_ActDepRegAdmin <mckenzie.dean@dol.gov>, FR-al_brodbeck <brodbeckal@gmail.com>, NUGENT <jnugent@texoma.net>, LRSatt <LRSatt@aol.com>, lindaxacevedo <linda.x.acevedo@jpmorgan.com>, IsabelleMiranda <imiranda@pearlmanmiranda.com>, janewilton <lfrieze@aol.com>, maryannmchl <maryannmchl@yahoo.com>, angelalo <angela.lo@bnymellon.com>, eaott <eaott@msn.com>, NY02IMA-113 <diane.long@citi.com>, TIMOTHY_POWERS <cheld0328@gmail.com>, Paul_Ching <pching62@gmail.com>, BEN <hazel.elder@morganstanley.com>, C-MAUREEN_CULLEN <mfacullen@verizon.net>, C-ELLEN_GERSHMAN <g_gershman@yahoo.com>, C-Mgr-1L___ELDER_HAZEL <hazelelder@msn.com>, C-ROCHELLE1_MEYER <roem20@gmail.com>, CX-AUDIT_ED_MURPHY <epjm45@verizon.net>, CITIJohnPowersSVP <treetopstrio@aol.com>, bonyDININnysBanking <ann.fairweather@firstmerit.com>, SUSANFOLEY <foley_s@yahoo.com>, C-HOWARD_GREEN <hbg1962@aol.com>, FR-VALERIE_CUSHION-BROWNLEE <hunterval4654@aol.com>, CX-RICHARD_ENGLISH <ehinnj@aol.com>, DanFitzPatrick <fitz500@optonline.net>, CITIHENRY <henry.g.cortes@gmail.com>, CX-Suzi_Bryden <s_bryd@yahoo.com>, RICHMONAGHAN <rich1942m@cox.net>, C-PAMELA_SCOTT__Esq__HR <scottp@citi.com>, Powers_john <john.j.powers@jpmorgan.com>, CLARE_SANNELLA <clareyonkers8@optonline.com>, RONNIEJULIANO <cocoroxj55@yahoo.com>, AnaTricarick <ana.tricarick@fisglobal.com>, CITIVALERIE <michael.festa@fisglobal.com>, CX_MGR_4L_Edward_Orazem <edward.orazem@fidelity.com>, CX-Mrg_1L_Nancy_Carolan_Egg <nancy.egg@ustrust.com>, Kumar <kumarleela2005@hotmail.com>, Emily_Jones_5_18_16 <ejones@smithandwilkinson.com>, Jessie <jesse.schwartz@ustrust.com>, John_Powers <mary.ducran@jpmorgan.com>, John Joseph Cullen <cullenusmc@msn.com>, "CX-I.O.- F. Deboo" <deboo@optonline.net>, CX SIU HD HUGUETTE MargeNesbitt79-06 <marjorie.nesbitt@8pam.com>, "eavery@midlandsb.com" <eavery@midlandsb.com>, "rkhan@midlandsb.com" <rkhan@midlandsb.com>, C-News-_Rolling_Up_the_Rug_ <mbscanlon@aol.com>, C-News-Wash_Post_Montgomery_David <wpmagazine@washpost.com>, C-News-Wash_Post_Will_George <georgewill@washpost.com>, C-News-Pub_Agt_Cara <noreen955@gmail.com>, C-news_NYPost-Mohr_Ian <imohr@nypost.com>, Morganson <nytnews@nytimes.com>, C-News-NY_Post_Smith__emily <esmith@nypost.com>, Eisinger <jesse@propublica.org>, wsjltrs <wsj.ltrs@wsj.com>, randykennedy <randy.kennedy@nytimes.com>, C-NEWS-NYPOST_Kevin_Dugan <kdugan@nypost.com>, Sawyer <diane.sawyer@abcnews.com>, NEWS_Consultant <andreabwhite@gmail.com>, Kroft

&lt;evening@cbsnews.com&gt;, Morgenson &lt;gretchen.morgenson@nytimes.com&gt;, Carson &lt;eve.carson@iuniverse.com&gt;, OReilly &lt;boreilly@myfoxnews.com&gt;, ijensen &lt;jpirro@myfoxnews.com&gt;, Kelly_M &lt;mkelly@myfoxnews.com&gt;, Boniello &lt;kboniello@nypost.com&gt;, Hannity &lt;shannity@myfoxnews.com&gt;, News-NYPost-Business &lt;Business@nypost.com&gt;, Crudele &lt;john.crudele@nypost.com&gt;, Marsh &lt;jmarsh@nypost.com&gt;, LondonDaily &lt;news@dailymail.co.uk&gt;, C-News_ABC_Sanchez_Ramon &lt;ramon.sanchez@abcnews.com&gt;, Gregorian &lt;dgregorian@nydailynews.com&gt;, Schaprio &lt;rschapiro@nydailynews.com&gt;, Fowler &lt;db.fowler@sbcglobal.net&gt;, comments &lt;comments@nymag.com&gt;, fdicker &lt;fudreport@aol.com&gt;, Dan_Mangan &lt;daniel.mangan@gmail.com&gt;, mangan &lt;daniel.mangan@nbcuni.com&gt;, Bill_Dedman &lt;Bill@powerreporting.com&gt;, C-News-Vanity_Fair_Newsletter &lt;vanityfair@newsletter.vf.com&gt;, brianconybeare &lt;brianconybeare@hotmail.com&gt;, lettersed &lt;editor@irishtimes.com&gt;, NAT_GALLERY_of_ART &lt;pressinfo@nga.gov&gt;, C-News_Journal_George_Troyano_Pub &lt;gtroyano@lohud.com&gt;, Reisman &lt;preisman@lohud.com&gt;, ENQUIRER &lt;enquirer@russelljohns.com&gt;, Connolly &lt;john1885c@aol.com&gt;, PHILIDELPHIA &lt;JoeD@phillynews.com&gt;, johngerspach &lt;john.gerspach@citi.com&gt;, abbylittle &lt;jamie.powers@citi.com&gt;, toddskobinsky &lt;todd.skobinsky@citi.com&gt;, member &lt;t.paige.betz@citi.com&gt;, peterjrandazzo &lt;peter.j.randazzo@citi.com&gt;, CITIBETTY &lt;michael.carolan@citi.com&gt;, C-SCOTT_HELLER &lt;scott.heller@citi.com&gt;, C-MGR_4L__JAMES__PAUL &lt;paul.james@citi.com&gt;, DonnaWittek &lt;donna.wittek@citi.com&gt;, C-SANCHITA_DASGUPTA_mort_ &lt;sanchita.dasgupta@citi.com&gt;, CITIVikramPanditCEO &lt;michael.l.corbat@citi.com&gt;, C-Mgr_1L_Gleason__susanna &lt;susanna.gleason@citi.com&gt;, Cynthia_Holmes &lt;david.katz@citi.com&gt;, C-_RICE_SABRINA &lt;sabrina.rice@citi.com&gt;, CITIJeanRomaBenefits &lt;romaj@citi.com&gt;, peterdaytz &lt;peter.daytz@citi.com&gt;, C-Annalynn_Perez_Mikes_s_AA &lt;annalynn.perez@citi.com&gt;, C-Photos-Claudette_Mair_ &lt;moremair@aol.com&gt;, C-Amy_Elliott_-_CAREY &lt;amy.elliott@citi.com&gt;, C-Trust-BruceScharf-New_Business &lt;bruce.scharf@citi.com&gt;, C-Wealth_Mgt-_Ida_Liu_ &lt;ida.liu@citi.com&gt;, LopezCarlos &lt;carlos.f.lopez@citi.com&gt;, Susan_Johnston &lt;susan.johnston@citi.com&gt;

John Joseph Cullen
Bronxville Manor
208 Beech Street
Eastchester, NY 10709

8/9/18

Tel. (914) 715-0282

Judge Vincent L. Briccetti
United States District Court
for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**<u>Motion NOT to DISMISS 18-CV-6369 ( VLB ) John Joseph Cullen v. CITIBANK, U.S. DOL & DOJ</u>**

Dear Honorable Judge Briccetti:

I acknowledge receipt of the 50 + pages from one of President Donald Trump's Morgan Lewis & Bockius lawyers, Jeremy Paul Blumenfeld, a/k/a "EARS" Blumenfeld, Tel. 215.963-5258 of his **8/2/18 MOTION to DISMISS my Whistleblower Claims about the abuse of HILLARY R. CLINTON, BOOM BOOM ROOM Victim Veronica Juliano, etc.**

Judge Briccetti, I do have 11 boxes of evidence I collected after being named by CITIBANK CHAIRMAN JOHN REED as a 12/99 CITIBANK GRANDFATHERED & PROTECTED EMPLOYEE.  I was put "under orders" by my CITIBANK boss JAMES J. CAREY to report to our CITIBANK in-house lawyer, JAMES C. HUGHES, IV documenting SANDY WEILL'S & JAMIE DIMON'S Criminal Enterprises in our CITIBANK TRUST DEPT.

See the 134 pages of the 4/16/18 DRAFT of my:

**REPORT to CONGRESS:**

*Hillary's CITI GROUP, Donald's "EARS" BLUMENFELD, Whistleblowers Veronica & me*

Illegally taken, without a WARRANT, on 4/17/18 by DOJ'S Assistant U.S. Attorney MARK MISOREK, TEL. # (631) 715-7874 in front of his intimidating armed 4 man SWAT Unit led by Homeland Security Officer J. FLORY, in front of Federal Court Clerk CHELSEA TIRADO Tel. # (631) 712-6019 and TOURO COLLEGE, Director of Veterans' Rights, CRAIG J. BRUNO, Esq. Tel., (631) 761-7476, etc.

As a Whistleblower PLAINTIFF PRO SE, I paid $400 for the privilege to stand before a White Plains Federal Judge and Jury to get JUSTICE for the victims of CITIGROUP'S CITI TRUST DEPT.  Are you an *honest* Federal Judge?  There will be talk if you do not begin the process by hosting a meeting in your CHAMBERS with President Trump's "EARS" BLUMENFELD , DOJ'S MISOREK and me, with my Citibank Legal Department 2018 vetted Consultant.

Semper Fidelis,

*John Joseph Cullen*,

Citibank VP & Whistleblower against SMITH BARNEY & TRAVELERS