**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN JOSEPH CULLEN,

                Plaintiff,

    -against-

CITIBANK, N.A., (JAMES C. HUGHES, IV,
ESQ. & MICHAEL J. CAROLAN), U.S.
DEPARTMENT OF LABOR – OSHA
(JONATHAN KAY & TERI WIGGEN), and
U.S. DEPARTMENT OF JUSTICE (PREET
BHARARA & MARK MISOREK) Assistant
U.S. Attorney),

                Defendants.
-----------------------------------------------------------X

18 **CIVIL** 6369 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 11, 2018, the motion of DOL and DOJ to dismiss is granted; as all claims against all defendants have now been dismissed, this case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Court's Order dated October 11, 2018, would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:** New York, New York
       October 15, 2018

**RUBY J. KRAJICK**

Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/15/2018